

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2025

No. 04-25-00031-CV

**IN RE BGT CARRIERS INC.**, and Joel Avila Zuniga, Relators

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
                   Lori Massey Brissette, Justice
                   Velia J. Meza, Justice

After consideration, the court GRANTS the relators' motion to withdraw their petition for writ of mandamus. Accordingly, relators' petition for writ of mandamus is DISMISSED.

It is so **ORDERED** on April 9, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2021CVA001597D4, styled *Jesus A. Morales v. BGT Carriers, Inc. and Joel Avila Zuniga*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable David E. Garcia presiding.